IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JOSEPH MISTILIS**                                                              **PLAINTIFF**

**V.**                                                         **CIVIL ACTION NO. 3:22CV00028-NBB-RP**

**M.D. GREGORY THOMPSON,**
**LIFELINC ANESTHESIA, PLLC, and**
**UNKNOWN DEFENDANTS**                                             **DEFENDANTS**

<u>**ORDER OF RECUSAL**</u>

The undersigned hereby **RECUSES** himself from further participation in this cause. The case *sub judice* is returned to the Clerk of the United States District Court for the Northern District of Mississippi for reassignment.

**SO ORDERED**, this the 15th day of February, 2023.

                                                      /s/ Neal Biggers
                                                      **NEAL B. BIGGERS, JR.**
                                                      **UNITED STATES DISTRICT JUDGE**