**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**JOSEPH MISTILIS**                                                                                 **PLAINTIFF**

**V.**                                                    **NO. 3:22-CV-28-DMB-RP**

**GREGORY L. THOMPSON, M.D.;
LIFELINC ANESTHESIA, PLLC;
and UNKNOWN DEFENDANTS (A-Z)**                                    **DEFENDANTS**

**ORDER**

On February 16, 2023, based on Joseph Mistilis' failure to identify Lifelinc Anesthesia, PLLC's members or allege their citizenship, the Court ordered Mistilis to show cause why this case should not be dismissed for lack of diversity jurisdiction. Doc. #50. Mistilis responded that while "LifeLinc is a sole member PLLC whose sole member is a resident of Tennessee," he "only recently learned … that Dr. [Gregory] Thompson does in fact reside in Mississippi and did so at the time the complaint in this action was filed" and "complete diversity did not exist when the complaint was filed, so this Court did not, or does not, have diversity jurisdiction over the matter." Doc. #56. Accordingly, this case is **DISMISSED without prejudice** for lack of subject matter jurisdiction. All pending motions [28][32][36][37][51] are **DENIED without prejudice as moot**.

**SO ORDERED**, this 24th day of February, 2023.

                                                               **/s/Debra M. Brown**
                                                               **UNITED STATES DISTRICT JUDGE**