**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**JOSEPH MISTILIS**                                                                                               **PLAINTIFF**

**V.**                                                                                          **NO. 3:22-CV-28-DMB-RP**

**GREGORY L. THOMPSON, M.D.;
LIFELINC ANESTHESIA, PLLC;
and UNKNOWN DEFENDANTS (A-Z)**                                      **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the order entered this day, this case is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

**SO ORDERED**, this 24th day of February, 2023.

                                                     **/s/Debra M. Brown**
                                                     **UNITED STATES DISTRICT JUDGE**